**STATE of Missouri, Respondent,**

v.

**Freddie C. RUSSELL, Jr., Appellant.**

**No. WD 52662.**

Missouri Court of Appeals, Western District.

March 25, 1997.

Jeannie Arterburn Willibey, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Attorney General, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

**ORDER**

PER CURIAM.

Freddie C. Russell, Jr., appeals the circuit court's judgment of conviction for delivering marijuana. We affirm. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Patrick Wayne STAPLETON, Appellant.**

**No. WD 52946.**

Missouri Court of Appeals, Western District.

March 25, 1997.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Breck K. Burgess, Asst. Atty. Gen., Attorney General Office, Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

PER CURIAM.

ORDER

Patrick Wayne Stapleton appeals his conviction of felony stealing. We affirm. Rule 30.25(b).